# DEFENDANT STATUS SHEET
(One for <u>each</u> defendant)

## I.    CASE STATUS

Name of Defendant: Paul Micheal Bergin

Has defendant had initial appearance in this case?   ☑ Yes   ☐ No

MJ  18-5145                    CR

## II.    CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☑ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.    ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

    Defendant's Address:

☑ Letter to Defense Counsel for Appearance on

    Defense Attorney's Name and address: John Carpenter, FPD

The estimated trial time is    5    days.

(Revised March 2018)