JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL MICHAEL BERGIN,<br><br>Defendant. | No. CR18-5363 RJB<br><br>ORDER GRANTING DEFENSE MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DUE DATE |

THE COURT has considered the defendant's motion to continue the trial date and pretrial motions deadline and the facts and circumstances described therein, which are hereby incorporated as findings of fact, and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

ORDER TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DUE DATE
(*United States v. Bergin,* CR18-5363 RJB ) - 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

(d) the case is sufficiently complex that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the current trial schedule, as set forth in 18 U.S.C. § 3161(h)(7)(B)(ii); and

(e) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(f) the additional time requested between the current trial date of August 27, 2018, and the new trial date is necessary to provide counsel for the defendant the reasonable time necessary to prepare for trial, all of the facts set forth above; and

(g) that the period of delay from the date of this motion to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the trial date in this matter shall be continued to January 7, 2019, and that pretrial motions shall be filed no later than November 23, 2018. The Pretrial Conference will be held at 8:30 a.m. on Friday, December 21, 2018.

DONE this 31st day of July, 2018.

*[signature]*

ROBERT J. BRYAN
United States District Judge

Presented by:

s/ *John R. Carpenter*
Assistant Federal Public Defender
Attorney for Paul Bergin

ORDER TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DUE DATE
(*United States v. Bergin,* CR18-5363 RJB ) - 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**