The Honorable Robert J. Bryan

FILED _____ LODGED
_____ RECEIVED

Aug 22, 2019

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PAUL MICHEAL BERGIN, <br><br> Defendant. | CASE NO. CR18-5363RJB <br><br> SUPERSEDING INFORMATION |

The United States Attorney charges that:

## COUNT 1

### (Receipt of Child Pornography)

Between November 2017 and December 2017, at Tacoma, within the Western District of Washington, and elsewhere, the defendant, PAUL MICHEAL BERGIN, did knowingly receive, and attempt to receive, visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct, and the visual depictions were of such conduct, using any means and facility of interstate and foreign commerce and which images had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252(a)(2), (b)(1).

SUPERSEDING INFORMATION/BERGIN – 1
CR18-5363RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ALLEGATIONS OF FORFEITURE

The allegations contained in Count 1 of this Superseding Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures to the United States pursuant to Title 18, United States Code, Section 2253(a).

Upon conviction of the offense alleged in Count 1 of this Superseding Information, the defendant, PAUL MICHEAL BERGIN, shall forfeit to the United States any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, or any property traceable to such property; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received, in violation of Chapter 110, Title 18, United States Code, including but not limited to a judgement for a sum of money representing the property described in this paragraph, as well as the following:

//
//
//
//
//
//
//
//
//
//
//
//
//

SUPERSEDING INFORMATION/BERGIN – 2
CR18-5363RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

a. One white Motorola cell phone seized from PAUL MICHEAL BERGIN on or about June 7, 2018.

DATED this  22nd  day of  August , 2019.

*[signature]*
BRIAN T. MORAN
United States Attorney

*[signature]*
KATHERYN KIM FRIERSON
Assistant United States Attorney

*[signature]*
MATTHEW P. HAMPTON
Assistant United States Attorney

SUPERSEDING INFORMATION/BERGIN – 3
CR18-5363RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970